IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE BROWN,

        Plaintiff,                    No. CIV S-09-0581 KJM P

    vs.

SUSSAN HUBBARD, et al.,

        Defendants.            <u>ORDER</u>

_____/

        By an order filed August 26, 2009, this court ordered plaintiff, who has consented to magistrate judge jurisdiction, to complete and return to the court the USM-285 forms necessary to effect service on defendants. That thirty-day period has now passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

DATED: December 16, 2009.

                                                  _____
                                                  U.S. MAGISTRATE JUDGE

4/brow0581.fusm

1